**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

vs.                      **CASE NO. 4:13CR00107-03 BSM**

**AMANDA RAY CAVENDER a/k/a**                                    **DEFENDANT**
**Amanda Wilson**

## JUDGMENT

Defendant Amanda Ray Cavender appeared on June 20, 2016, to show cause why her probation should not be revoked. During the hearing, Cavender entered a plea of true to shoplifting and entering vehicles and removing property without the owner's consent; some of the allegations of violating home detention; and associating with a convicted felon without permission. Based upon her admission of the violations as set forth in the May 19, 2016, Violation Memorandum [Doc. No. 87] and for reasons stated on the record, it was determined that Cavender's probation should be revoked.

Cavender is therefore sentenced to twelve (12) months and one (1) day in the Bureau of Prisons, followed by two (2) years of supervised release. It is recommended that Cavender serve her term of imprisonment at FCI Greenville, Illnois. During supervision, Cavender shall participate under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, Cavender shall abstain from the use of alcohol throughout the course of treatment. Cavender will participate in a mental health program under the guidance and supervision of the probation office. She will pay for the cost of treatment at the rate of

$10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event Cavender is financially unable to pay for the cost of treatment, the co-pay requirement will be waived. Cavender will reside and participate in a residential reentry center at the City of Faith in Little Rock, Arkansas, during the first six months of supervised release, and will abide by all the rules an regulation of the facility.

All general and standard conditions previously imposed remain in full force and effect.

The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED this 27th day June 2016.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE